PEACE, APPELLANT, *v.* PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY, APPELLEE.

[Cite as *Peace v. Prudential Prop. & Cas. Ins. Co.* (1993), 68 Ohio St.3d 106.]

(No. 93–1716—Submitted November 9, 1993—Decided December 29, 1993.)

*Ronald G. Kaufman,* for appellant.

*Flynn, Py & Kruse, L.P.A., James W. Hart* and *R.E. Digges III,* for appellee.

The motion to certify the record is granted and the cause is reversed and remanded on authority of *Savoie v. Grange Mut. Ins. Co.* (1993), 67 Ohio St.3d 500, 620 N.E.2d 809.

A.W. SWEENEY, DOUGLAS, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., concurs separately.

WRIGHT, J., dissents.

RESNICK, J., not participating.

MOYER, C.J., concurring separately. I concur separately in the judgment entry in the above-styled case. As my dissent in *Savoie v. Grange Mut. Ins. Co.* (1993), 67 Ohio St.3d 500, 620 N.E.2d 809, stated, I do not agree with the law announced in the majority decision. Nevertheless, it is the law on the issue in the above-styled case. As I believe all parties should receive equal application of the law announced by this court, and only for that reason, I concur in the judgment entry.

WRIGHT, J., dissenting. I must dissent in continuing protest to the majority's sundry holdings in *Savoie v. Grange Mut. Ins. Co.* (1993), 67 Ohio St.3d 500, 620 N.E.2d 809. As stated in the dissent in *Savoie,* that holding lacks sound reasoning, reverses ten years of established case law and flouts the will of the General Assembly. Thus, I feel compelled to remain in this posture until the General Assembly has had the opportunity to undo the damage caused to the public by this unfortunate, result-oriented decision.